| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Durkin, Thomas M. | 2. Court or Organization<br><br>U.S. District Court - Northern District of Illinois | 3. Date of Report<br><br>08/12/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Dirksen Federal Building<br>219 S. Dearborn<br>Chicago, IL 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐     NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Co-trustee and co-executor | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | Co-trustee and co-executor | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐     NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2014-2015 | received further return of partnership capital contribution from Mayer Brown LLP; remaining amount expected to be paid out in 2015 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CD Firstbank Puerto Rico | B | Interest | M | T | | | | | |
| 2. CD Synovus Bank GA | A | Interest | | | Redeemed | 02/13/14 | M | | |
| 3. CD American Express Centuri | A | Interest | M | T | | | | | |
| 4. CD General Electric Capital Bank | A | Interest | K | T | | | | | |
| 5. CD General Electric Capital Bank | A | Interest | M | T | | | | | |
| 6. ISHARES Russell 1000 Growth Fund | B | Dividend | M | T | | | | | |
| 7. ISHARES Russell 1000 Value Fund | C | Dividend | M | T | | | | | |
| 8. ISHARES Russell Midcap Growth Fund | A | Dividend | L | T | | | | | |
| 9. ISHARES Russell Midcap Value Fund | B | Dividend | L | T | | | | | |
| 10. ISHARES Gold Trust | | None | K | T | | | | | |
| 11. ISHARES Silver Trust | | None | K | T | | | | | |
| 12. ISHARES MSCI BRIC ETF Fund | A | Dividend | | | Sold | 11/03/14 | J | | |
| 13. ISHARES RS 2000 RS Growth Fund | A | Dividend | | | Sold | 06/10/14 | K | D | |
| 14. ISHARES RS 2000 RS Value Fund | A | Dividend | | | Sold | 06/10/14 | K | D | |
| 15. ISHARES MSCI Indonesia Fund | A | Dividend | | | Sold | 11/03/14 | J | A | |
| 16. Chase accounts (various cash accounts) | A | Interest | K | T | | | | | |
| 17. Northern Trust account (cash account) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nikrud LLC | | None | J | T | | | | | |
| 19. JP Morgan Investor Growth Fund | A | Dividend | J | T | | | | | |
| 20. Investco American Franchise Fund | C | Dividend | L | T | | | | | |
| 21. Merrill Lynch Bank Deposit Program (cash account) | B | Interest | N | T | | | | | |
| 22. New Jersey St Trans TR, NJ Revenue Muni Bond | A | Interest | | | Redeemed | 12/15/14 | K | | |
| 23. New Jersey Economic Dev, NJ Revenue Muni Bond | B | Interest | L | T | | | | | |
| 24. Toledo Ohi Cap IMPT, OH General Obligation Muni Bond | B | Interest | L | T | | | | | |
| 25. Grapevine Texas Muni Bond | A | Interest | K | T | | | | | |
| 26. Aiken Cnty SC Cons Sch Bond | B | Interest | K | T | | | | | |
| 27. Eagle Garfld CO SD RE 50J Bond | B | Interest | K | T | | | | | |
| 28. ISHARES MSCI Japan Fund | A | Dividend | | | Sold | 10/29/14 | J | A | |
| 29. ISHARES Russell 1000 Growth Fund | B | Dividend | M | T | | | | | |
| 30. ISHARES Russell 1000 Value Fund | B | Dividend | M | T | | | | | |
| 31. ISHARES Russell Midcap Growth Fund | A | Dividend | L | T | | | | | |
| 32. ISHARES Russell Midcap Value Fund | B | Dividend | L | T | | | | | |
| 33. ISHARES MSCI EAFE Fund | A | Dividend | | | Sold | 10/29/14 | J | A | |
| 34. ISHARES Gold Trust | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES Silver Trust | | None | J | T | | | | | |
| 36. ISHARES MSCI BRIC ETF Fund | A | Dividend | | | Sold | 06/10/14 | J | | |
| 37. ISHARES RS 2000 Growth Fund | A | Dividend | | | Sold | 06/10/14 | J | A | |
| 38. ISHARES RS 2000 Value Fund | A | Dividend | | | Sold | 06/10/14 | J | | |
| 39. ISHARES MSCI Indonesia Fund | A | Dividend | | | Sold | 10/29/14 | J | | |
| 40. ISHARES Russell 1000 Growth Fund | A | Dividend | K | T | | | | | |
| 41. ISHARES Russell 1000 Value Fund | A | Dividend | K | T | | | | | |
| 42. ISHARES Russell Midcap Growth Fund | A | Dividend | J | T | | | | | |
| 43. ISHARES Russell Midcap Value Fund | A | Dividend | J | T | | | | | |
| 44. ISHARES MSCI EAFE Fund | A | Dividend | | | Sold | 11/03/14 | J | | |
| 45. ISHARES Gold Trust | | None | J | T | | | | | |
| 46. ISHARES Silver Trust | | None | J | T | | | | | |
| 47. ISHARES MSCI BRIC ETF Fund | A | Dividend | | | Sold | 11/03/14 | J | | |
| 48. ISHARES RS Growth Fund | A | Dividend | | | Sold | 06/13/14 | J | | |
| 49. ISHARES RS 2000 Value Fund | A | Dividend | | | Sold | 11/03/14 | J | | |
| 50. Richland Cnty SC Muni Bond | A | Interest | K | T | | | | | |
| 51. Eagle Garfld Co SD RE50J Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES MSCI Japan Fund | A | Dividend | | | Sold | 11/03/14 | J | | |
| 53. ISHARES MSCI Indonesia Fund | A | Dividend | | | Sold | 11/03/14 | L | | |
| 54. AUD Australian Govt, Australian Bond Taxable | C | Interest | K | T | | | | | |
| 55. Cocoa Fla WTR&SWR REV, FL Revenue Muni Bond | A | Interest | | | Redeemed | 10/01/14 | K | | |
| 56. CD Bank of Baroda | A | Interest | M | T | Buy | 02/04/14 | M | | |
| 57. CD First Niagra Bank | A | Interest | M | T | Buy | 10/29/14 | M | | |
| 58. CD Key Bank Natl Assn | A | Interest | L | T | Buy | 02/04/14 | L | | |
| 59. CD Sallie Mae Bank/Salt | A | Interest | M | T | Buy | 10/29/14 | M | | |
| 60. CD Goldman Sachs Bk USA | A | Interest | L | T | Buy | 02/04/14 | L | | |
| 61. CD Discover Bank | A | Interest | M | T | Buy | 10/29/14 | M | | |
| 62. Cook Cnty Ill Sch Dist Municipal Bond | A | Interest | K | T | Buy | 03/05/14 | K | | |
| 63. ISHARES S&P Small Cap 600 | A | Interest | J | T | Buy | 06/13/14 | J | | |
| 64. ISHARES S&P Small Cap 600 | A | Interest | J | T | Buy | 06/13/14 | J | | |
| 65. Washington St Motor Bond | B | Interest | K | T | Buy | 03/04/14 | K | | |
| 66. Colorado St Brd Gov Unv Bond | B | Interest | L | T | Buy | 03/20/14 | L | | |
| 67. Oklahoma St Wtr Res Brd Bond | A | Interest | K | T | Buy | 03/05/14 | K | | |
| 68. Atlanta GA Bond | B | Interest | K | T | Buy | 03/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Galveston Cnty Tex Pass Bond | A | Interest | K | T | Buy | 12/15/14 | K | | |
| 70. ISHARES S&P Small Cap Growth 600 | A | Dividend | K | T | Buy | 06/10/14 | K | | |
| 71. ISHARES S&P Small Cap 600 Value | A | Dividend | K | T | Buy | 06/10/14 | K | | |
| 72. ISHARES S&P Small Cap 600 Growth | A | Dividend | K | T | Buy | 06/10/14 | K | | |
| 73. ISHARES S&P Small Cap 600 Value | A | Dividend | K | T | Buy | 06/10/14 | K | | |
| 74. SPDR S&P ETF Trust | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 75. ISHARES Russell 2000 ETF | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 76. ISHARES MSCI EAFE ETF | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 77. American Century Value Fund | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 78. Blackrock FDS | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 79. Blackrock Inter Index Fund | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 80. Delaware Group Emerging | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 81. Dodge & Cox Funds International | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 82. Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 83. Federated Institutional High | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 84. Goldman Sachs Small Cap | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 85. Goldman Sachs Emerging Mkts | A | Dividend | J | T | Buy | 06/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. John Hancock Income Fund | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 87. Oakmark Fund | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 88. JP Morgan IT US Equity 1 | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 89. JP Morgan TR II Core | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 90. JP Morgan TR 1 Mid Cap | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 91. JP Morgan TR 1 Small Cap | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 92. JP Morgan TR II High Yield | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 93. JP Morgan Short Duration Bond | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 94. JP Morgan Growth Advantage | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 95. JP Morgan TR 1 International | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 96. Massachusetts Investors | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 97. MFS Ser TR X Emerging Markets | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 98. MFS Research International | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 99. Pimco Short Term Fund | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 100. T Rowe Price New Income Fund | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 101. Vanguard Short Term Bond | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 102. Wells Fargo Advantage Funds | A | Dividend | J | T | Buy | 06/13/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Franklin Moderate Allocation | A | Dividend | J | T | | | | | |
| 104. Dodge & Cox Funds International | A | Dividend | J | T | Buy | 11/17/14 | J | | |
| 105. Goldman Sachs Small Cap | A | Dividend | J | T | Buy | 12/12/14 | J | | |
| 106. Goldman Sachs Small Cap | A | Dividend | J | T | Buy | 07/28/14 | J | | |
| 107. JP Morgan TR II High Yield | A | Dividend | J | T | Sold (part) | 07/28/14 | J | | |
| 108. JP Morgan Short Duration Bond | A | Dividend | J | T | Buy | 07/28/14 | J | | |
| 109. Pimco Short Term Fund | A | Dividend | J | T | Buy | 07/28/14 | J | | |
| 110. Vanguard Short Term Bond | A | Dividend | J | T | Sold (part) | 11/14/14 | J | A | |
| 111. Wells Fargo Advantage Funds | A | Dividend | J | T | Sold (part) | 09/19/14 | J | A | |
| 112. Cohen Steers Real Estate Securities | A | Dividend | | | Buy | 06/13/14 | J | | |
| 113. Cohen Steers Real Estate Securities | A | Dividend | | | Sold | 11/17/14 | J | A | |
| 114. SPDR S&P 500 ETF Trust | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 115. SPDR S&P 500 ETF Trust | A | Dividend | J | T | Sold (part) | 07/25/14 | J | A | |
| 116. JP Morgan TR I Emerging Markets | A | Dividend | | | Buy | 06/13/14 | J | | |
| 117. JP Morgan TR I Emerging Markets | A | Dividend | | | Sold | 09/19/14 | J | | |
| 118. Vanguard Sector Index | A | Dividend | | | Buy | 06/13/14 | J | | |
| 119. Vanguard Sector Index | A | Dividend | | | Sold | 11/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pimco Total Return | A | Dividend | | | Buy | 06/16/14 | J | | |
| 121. Pimco Total Return | A | Dividend | | | Buy | 07/25/14 | J | | |
| 122. Pimco Total Return | A | Dividend | | | Sold | 10/03/14 | J | | |
| 123. JPM IT COR BD 1 (part of annuity) | | None | M | T | Open | 09/10/14 | J | | |
| 124. JPM IT EQ INDX 1 (part of annuity) | | None | | | Closed | 09/10/14 | J | | |
| 125. JPM IT EQ INDX 1 (part of annuity) | | None | | | Closed | 12/12/14 | K | | |
| 126. JPM IT INTREPID GR 1 (part of annuity) | | None | | | Closed | 09/10/14 | J | | |
| 127. JPM IT INTREPID GR 1 (part of annuity) | | None | | | Closed | 12/12/14 | J | | |
| 128. JPM IT INTREPID MDCAP 1 (part of annuity) | | None | J | T | Closed | 09/10/14 | J | | |
| 129. JPM IT MDCAP GR 1 (part of annuity) | | None | | | Closed | 09/10/14 | J | | |
| 130. JPM IT MDCAP GR 1 (part of annuity) | | None | | | Closed | 12/12/14 | K | | |
| 131. JPM IT US EQ 1 (part of annuity) | | None | K | T | Closed | 09/10/14 | J | | |
| 132. NW NVIT MNY MKT 1 (part of annuity) | | None | L | T | Open | 12/12/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Durkin, Thomas M.** | 08/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) In my initial 2014 Financial Disclosure Report I noted in Section VIII that items 63-68 of Part VII were incorrectly included in my 2013 Financial Disclosure Report, as I could find no evidence I sold them during 2014, and yet no evidence I owned them at the end of 2014. For that reason I did not include them in my initial 2014 Report, but I stated I would continue to look for records to explain this anamoly.

I have since located the appropriate records. These funds are in a non-qualified annuity ▮▮▮▮▮ purchased ▮▮▮▮▮ 2003. So the funds themselves were properly reported in the 2013 Report, and this amendment to the 2014 Report added them at lines 123-32 in Section VII.

I have also since learned that annuities such as these have no dividend or interest incomes, but rather the funds simply change in value over time. Income is reported (through an IRS Form 1099) upon a withdrawal of which there have been none. So I have reported no income on these items on this amended 2014 Report. My reported income on the 2013 Report was based on estimates of the values of the funds, but was incorrect. I will amend my 2013 Report if required.

(2) Part VII, item 22 on my 2013 Financial Disclosure Report was also incorrectly reported. The investment was titled "ISHARES Russell 1000 Value Index Fund." I have since learned that it is the same fund as "ISHARES Russell 1000 Value Fund." It was incorrectly separated from several disclosures of the "ISHARES Russell 1000 Fund" made on the 2013 Form (items 7, 33, 44). Accordingly, item 22 on the 2013 Form will not be shown as held or sold on the 2014 Form. Once again, I will amend the 2013 Form if that is required.

(3) The audit function stated that I should mark items 128 and 132 in Part VII as "Closed (Part)," but this is not an option in the drop-down menu for dispositions. The Committee staff said that I should indicate this issue here.

(4) This second amendment is to report a previously inadvertantly non-disclosed asset. On 4/19/06 ▮▮▮▮▮ invested $9,500 in the Fidelity Founding mutual fund, held in ▮▮ IRA. On 5/16/13, that investment was converted to the Franklin Moderate Allocation mutual fund, with a value of $11,981.09. There have never been any outside contributions or withdrawals from this fund, and its growth is from automatic re-investment of dividends.

I reported the 2014 Franklin Moderate Allocation income on line 103 of the disclosure form, but had inadvertently failed to report the two assets (Fidelity Founding converted to the Franklin Moderate Allocation in 2013) and the dividends derived therefrom on my 2013 disclosure. When I recently telephoned the staff for the Committee on Financial Disclosure, they suggested I make this disclosure here in Section VIII, rather than also amending my 2013 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Durkin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544